**JACKSON LEWIS P.C.**
Nicky Jatana (SBN 197682)
*JatanaN@jacksonlewis.com*
Adam Y. Siegel (SBN 238568)
*SiegelA@jacksonlewis.com*
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

**JACKSON LEWIS P.C.**
Sander van der Heide (SBN 267618)
*Sander.vdHeide@jacksonlewis.com*
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
ANHEUSER-BUSCH, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| AZUL GALVEZ as an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>ANHEUSER-BUSCH, LLC, a Missouri Limited Liability Company; and DOES 1 through 10,<br><br>        Defendant. | **CASE NO.: 2:17-cv-00621-WBS-DB**<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>Date:<br>Time:<br>Courtroom:<br><br>Complaint filed: March 23, 2017 |

    Plaintiff Azul Galvez ("Plaintiff") and Defendant Anheuser-Busch, LLC ("Defendant") (collectively the "Parties") by and through their undersigned attorneys, hereby submit the following joint stipulation.

## RECITALS

    WHEREAS, Plaintiff filed a First Amended Collective Action Complaint ("FAC") on October 9, 2017.

    WHEREAS, no previous extension of time to respond to the FAC has been granted.

## STIPULATION

THEREFORE, the Parties stipulate and agree, pursuant to Local Rule 144, that Defendant's response deadline to the First Amended Complaint is extended by thirty (30) days.


**IT IS SO STIPULATED.**

Dated:  October 18, 2017                              HAINES LAW GROUP, APC


                                                     By: /s/ *Paul K. Haines* (authorized on 10/18/17)
                                                          Paul K. Haines
                                                          Attorney for Plaintiff




Dated:  October 18, 2017                              JACKSON LEWIS P.C.


                                                     By:  /s/ *Sander van der Heide*
                                                          Nicky Jatana
                                                          Adam Y. Siegel
                                                          Sander van der Heide
                                                     Attorneys for Defendant



Based on the forgoing executed stipulation of the Parties.

**IT IS SO ORDERED.**

Dated:  October 19, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE