**HAINES LAW GROUP, APC**
PAUL HAINES (SBN 248226)
TUVIA KOROBKIN (SBN 268066)
SEAN M. BLAKELY (SBN 264384)
2274 E. Maple Avenue
El Segundo, California 90245
Telephone: 424.292.2350 / Facsimile: 424.292.2355
Email : phaines@haineslawgroup.com
        tkorobkin@haineslawgroup.com
        sblakely@haineslawgroup.com

**BALTODANO & BALTODANO LLP**
HERNALDO J. BALTODANO (SBN 222286)
MATTHEW K. MOEN (SBN 305956)
733 Marsh Street, Suite 110
San Luis Obispo, California 93401
Telephone: 805.322.3412 / Facsimile: 805.322.3413
Email : hjb@bbemploymentlaw.com
        mkm@bbemploymentlaw.com

Attorneys for Plaintiff and the Class

**JACKSON LEWIS P.C.**
NICKY JATANA (SBN 197682)
ADAM Y. SIEGEL (SBN 238568)
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone: 213.689.0404 / Facsimile: 213.689.0430
Email: JatanaN@jacksonlewis.com
       SiegelA@jacksonlewis.com

**JACKSON LEWIS P.C.**
SANDER VAN DER HEIDE (SBN 267618)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: 916).341.0404 / Facsimile:  916.341.0141
Email: Sander.vdHeide@jacksonlewis.com

Attorneys for Defendant ANHEUSER-BUSCH, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| AZUL GALVEZ as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANHEUSER-BUSCH, LLC, a Missouri Limited Liability Company; and DOES 1 through 10,<br><br>Defendant. | CASE NO.: 2:17-cv-00621-WBS-DB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING CONFERENCE**<br><br>DATE:        NOVEMBER 6, 2017<br>TME:          1:30 P.M.<br>COURTROOM: 5 |

1

Plaintiff Azul Galvez ("Plaintiff") and Defendant Anheuser-Busch, LLC ("Defendant") (collectively the "Parties") by and through their undersigned attorneys, hereby submit the following joint stipulation.

<u>**RECITALS**</u>

WHEREAS, on October 18, 2017 the Parties stipulated to extend Defendant's responsive pleading deadline to the First Amended Complaint by thirty days and filed a stipulation and proposed order to that effect. The responsive pleading deadline, upon court approval, will be moved to November 22, 2017.

WHEREAS, a Scheduling Conference is currently scheduled for November 6, 2017.

WHEREAS, a responsive pleading will not be on file and the case will not be at issue by November 6, 2017 if the Court approves the Parties' October 18, 2017 stipulation.

WHEREAS, based on the foregoing, good cause exists to extend the Scheduling Conference to a date after the responsive pleading deadline.

<u>**STIPULATION**</u>

THEREFORE, the Parties stipulate and jointly request that the Court continue the Scheduling Conference date for 60 days.

**IT IS SO STIPULATED.**

Dated:  October 20, 2017                    HAINES LAW GROUP, APC


By: */s/ Paul K. Haines* (as authorized on 10.20.17 )
     Paul K. Haines

Attorneys for Plaintiff

Dated:  October 20, 2017                    JACKSON LEWIS P.C.

By: */s/ Sander van der Heide*
     Nicky Jatana
     Adam Y. Siegel
     Sander van der Heide

Attorneys for Defendant

## **ORDER**

Based on the stipulation of the Parties:

The Scheduling Conference is continued from November 6, 2017 to **February 26,2018 at 1:30 p.m.** in Courtroom 5.  A Joint Status Report shall be filed no later than **February 12, 2018**, and pursuant to the Court's Order Re Status (Pretrial Scheduling) Conference filed March 24, 2017.

Based on the forgoing executed stipulation of the Parties.

**IT IS SO ORDERED.**

Dated:  October 20, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE