HAINES LAW GROUP
PAUL K. HAINES (SBN 248226)
TUVIA KOROBKIN (SBN 268066)
SEAN M. BLAKELY (SBN 264384)
2274 East Maple Avenue
El Segundo, California 90245
Telephone: 424.292.2350 / Facsimile: 424.292.2355
Email: phaines@haineslawgroup.com
       tkorobkin@haineslawgroup.com
       sblakely@haineslawgroup.com

Attorneys for Plaintiff AZUL GALVEZ
and the Class

JACKSON LEWIS P.C.
NICKY JATANA (SBN 197682)
ADAM Y. SIEGEL (SBN 238568)
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: 213.689.0404 /Facsimile: 213.689.0430
Email: JatanaN@jacksonlewis.com
       SiegelA@jacksonlewis.com

JACKSON LEWIS P.C.
SANDER VAN DER HEIDE (SBN 267618)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: 916.341.0404 / Facsimile: 916).341.0141
Email:   sander.vdHeide@jacksonlewis.com

Attorneys for Defendant ANHEUSER-BUSCH, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| AZUL GALVEZ as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANHEUSER-BUSCH, LLC, a Missouri Limited Liability Company; and DOES 1 through 10,<br><br>Defendant. | **CASE NO.: 2:17-cv-00621-WBS-DB**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

Plaintiff Azul Galvez ("Plaintiff") and Defendant Anheuser-Busch, LLC ("Defendant") (collectively the "Parties") by and through their undersigned attorneys, hereby submit the following joint stipulation.

///

## RECITALS

WHEREAS, Plaintiff filed a First Amended Collective Action Complaint ("FAC") on October 9, 2017.

WHEREAS, by the prior joint stipulation and order a previous extension of thirty (30) days to respond to the FAC has been granted.

WHEREAS, the parties are continuing to confer regarding the First Amended Complaint.

## STIPULATION

THEREFORE, the Parties stipulate and agree, pursuant to Local Rule 144, that Defendant's response deadline to the First Amended Complaint is extended by sixty (60) days.

**IT IS SO STIPULATED.**

Dated: November 22, 2017            HAINES LAW GROUP, APC

By: */s/ Paul K. Haines(as authorized on 11.22.17)*
    PAUL K. HAINES
    TUVIA KOROBKIN
    SEAN M. BLAKELY

Attorney for Plaintiff and the Class

Dated: November 22, 2017            JACKSON LEWIS P.C.

By: */s/ Sander van der Heide*
    NICKY JATANA
    ADAM Y. SIEGEL
    SANDER VAN DER HEIDE

Based on the forgoing executed stipulation of the Parties.

**IT IS SO ORDERED.**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE