# UNITED STATES DISTRICT COURT

Eastern **District of** California

AZUL GALVEZ
        Plaintiff (s),

V.

ANHEUSER-BUSCH, LLC,

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:17-cv-00621-WBS-DB

Notice is hereby given that, subject to approval by the court, __Plaintiff Azul Galvez__ substitutes
(Party (s) Name)

__Erica Flores Baltodano__, State Bar No. __222331__ as counsel of record in place
(Name of New Attorney)

place of __Hernaldo J. Baltodano__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: The Baltodano Firm, A Professional Corporation

    Address: 733 Marsh Street #110, San Luis Obispo, CA 93401

    Telephone: 805-322-3412      Facsimile 805-322-3413

    E-Mail (Optional): erica@baltodanofirm.com

I consent to the above substitution.          Azul Galvez

Date: December 7, 2017          /s/ Azul Galvez
         (Signature of Party (s))

I consent to being substituted.          Hernaldo J. Baltodano

Date: November 27, 2017          /s/ Hernaldo J. Baltodano
         (Signature of Former Attorney (s))

I consent to the above substitution.          /s/ Erica Flores Baltodano

Date: November 27, 2017          Erica Flores Baltodano
         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: December 11, 2017          /s/ John A. Mendez
         for William B. Shubb
         Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**