**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
Email: phaines@haineslawgroup.com
Fletcher W. Schmidt (SBN 286462)
Email: fschmidt@haineslawgroup.com
Andrew J. Rowbotham (SBN 301367)
Email: arowbotham@haineslawgroup.com
222 N Sepulveda Blvd Ste 1550
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

**THE BALTODANO FIRM**
Erica Flores Baltodano (SBN 222331)
Email: efb@bbemploymentlaw.com
733 Marsh Street, Suite 110
San Luis Obispo, California 93401
Phone: (805) 322-3412
Fax: (805) 322-3413

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| AZUL GALVEZ as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANHEUSER-BUSCH, LLC, a Missouri Limited Liability Company; and DOES 1 through 10,<br><br>Defendant. | **CASE NO.: 2:17-cv-00621-WBS-DB**<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

# ORDER

Having read and considered Plaintiff's Notice of Dismissal Without Prejudice and GOOD CAUSE appearing therefor, the Court hereby enters the following ORDER:

Plaintiff Azul Galvez's lawsuit against Defendant Anheuser-Busch, LLC is hereby dismissed in its entirety without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court will retain jurisdiction over the matter pending full performance of the terms of the settlement.

All future hearing dates and deadlines are hereby vacated.

**IT IS SO ORDERED**.

Dated: January 22, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE